## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MIYANNI RANSOM** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. : 1:25-cv-07101** |
| | ) | |
| **ENTERPRISE LEASING COMPANY** | ) | |
| **OF CHICAGO, LLC,** | ) | **District Judge Georgia N. Alexakis** |
| | ) | **Magistrate Judge Albert Berry, III** |
| **Defendant.** | ) | |

## MOTION TO DISMISS PURSUANT
## TO SETTLEMENT

Plaintiff Miyanni Ransom, by her attorneys, Timothy M. Kelly and Scannell & Associates, P.C., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, requests that this Honorable Court dismiss this cause of action, with prejudice. In support of her motion, plaintiff attaches the parties' Stipulation to Dismiss pursuant to a Settlement.

Wherefore, plaintiff requests that the Court dismiss this case with prejudice, each party to bear its own costs, and grant such other relief as may be deemed just.

Respectfully submitted
MIYANNI RANSOM, Plaintiff

By: _____
One of her attorneys

Timothy M. Kelly
Scannell & Associates, P.C.
3135 W. 95th St.
Evergreen Park, IL 60805
773-233-2100
tkelly@scannelllaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MIYANNI RANSOM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. : 1:25-cv-07101 |
| | ) | |
| ENTERPRISE LEASING COMPANY | ) | |
| OF CHICAGO, LLC, | ) | District Judge Georgia N. Alexakis |
| | ) | Magistrate Judge Albert Berry, III |
| Defendant. | ) | |

**PROOF OF SERVICE**

I, Timothy M. Kelly, certify that I served this Motion to Dismiss Pursuant to Settlement on Defendant Enterprise Leasing Company of Chicago, LLC, via Electronic Mail, on this 17th day of April, 2026.

By: _____
Timothy M. Kelly

Timothy M. Kelly
Scannell & Associates, P.C.
3135 W. 95th St.
Evergreen Park, IL 60805
773-233-2100
tkelly@scannelllaw.com