**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Miyanni Ransom, et al.

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                      1:25−cv−07101
                                                                      Honorable Georgia
                                                                      N. Alexakis

Enterprise Leasing Company Of Chicago, LLC, et
al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

        MINUTE entry before the Honorable Georgia N. Alexakis: Per the parties'
stipulation of dismissal [42] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this
matter is dismissed with prejudice. The Court vacates the 4/23/2026 status hearing. Civil
case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.